Argued and submitted September 5, reversed and remanded October 2, 1996

CLARENCE ROBERT LOSHBAUGH,
*Appellant,*

*v.*

OREGON BOARD OF PAROLE
and S. Frank Thompson, Superintendent,
Oregon State Penitentiary,
*Respondents.*

(95C-11390; CA A90867)

924 P2d 337

Lester E. Seto argued the cause and filed the brief for appellant.

Stephanie Striffler, Assistant Attorney General, argued the cause for respondents. With her on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Before Riggs, Presiding Judge, and Landau and Leeson, Judges.

PER CURIAM

Reversed and remanded. *Meadows v. Schiedler*, 143 Or App 213, 924 P2d 314 (1996).